```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**Isabel Stevens**

   **v.**                                          Civil No. 11-cv-218-PB

**Liberty Mutual Group Inc.**


**O R D E R**

    I deny Liberty Mutual's Motion to Strike Portions of Plaintiff's Evidence and Plaintiff's Purported Disputed Issues of Material Facts (Doc. No. 52) because, even if I credit the plaintiff's submissions, the defendant is entitled to summary judgment.

    SO ORDERED.

```
                              /s/Paul Barbadoro
                              Paul Barbadoro
                              United States District Judge
```

July 29, 2013

```
cc:   John E. Lyons, Jr., Esq.
      Debra Weiss Ford, Esq.
      Douglas J. Hoffman, Esq.
      Martha Van Oot, Esq.
      K. Joshua Scott, Esq.
```